**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) _Donald E. Clark, JR. ID: MH-9343_
  **(Name of Plaintiff)        (Inmate Number)**        :
  _SCI Benner Township_
  _301 Institution Dr. Bellefonte, PA 16823-1665_ :
  **(Address)**        :
              :
(2) _N/A_         :        _1:19-CV-00762_
  **(Name of Plaintiff)        (Inmate Number)**        :        **(Case Number)**
              :
  _N/A_         :
  **(Address)**        :
              :
              :
**(Each named party must be numbered,**        :
**and all names must be printed or typed)**        :
              :
       **vs.**        :        **CIVIL  COMPLAINT**
              :
(1) _SGT. SCHWARTZ, et al._        :        **FILED**
              :        **SCRANTON**
(2) _N/A_         :
              :        **AUG 0 7 2020**
(3) _N/A_         :
  **(Names of Defendants)**        :        PER _____
              :        DEPUTY CLERK
**(Each named party must be numbered,**        :
**and all names must be printed or typed)**        :

**TO BE FILED UNDER:** ✓ **42 U.S.C. § 1983 - STATE OFFICIALS**
       _____ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

— _N/A_ —

**1**

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? ✓ Yes ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ____No

C.   If your answer to "B" is Yes:

1.   What steps did you take? *Grievance No. 677369; and Grievance No. 697406*

2.   What was the result? *Transfer from facility, denial of initial grievances, ignoring appeals, and shake-downs where paperwork has been thrown away.*

D.   If your answer to "B" is No, explain why not: *N/A*

## III.   DEFENDANTS

(1)  Name of first defendant: *Sergeant Schwartz*   *Sgt. Swartz*

Employed as *Sergeant* at *Camp Hill*
Mailing address: *2500 Lisburn Rd., P.O. Box 8837, Camp Hill, PA 17001-8837*

(2)  Name of second defendant: *Medical Dept. at SCI Camp Hill, "GENE"- nurse*
Employed as *Dispensed Medication* at *SCI Camp Hill*
Mailing address: *2500 Lisburn Rd. P.O. Box 8837, Camp Hill, PA 17001-8837*

(3)  Name of third defendant: *Superintendent at SCI Camp Hill*
Employed as *Superintendent* at *SCI Camp Hill*
Mailing address: *2500 Lisburn Rd. P.O. Box 8837, Camp Hill, PA 17001-8837*

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV.   STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   *Sgt. Schwartz placed plaintiff in 2nd tier cell knowing that plaintiff was or is bottom tier status due to disabilities.*



Medical Dept.

2. DR. saw plaintiff after injury, then dismissed plaintiff without properly diagnosing the injury. "Gene" made joke saying that plaintiff would be better in 22 months which is when your plaintiff maxes his sentence. Medical did not do follow-up and staff Confiscated your plaintiff's Cane. Plaintiff had to be Carried onto transfer bus.

Superintendent

3. The SCI Camp Hill Superintendent has failed to adequately train his Sergeant, also has failed to Compel Medical Staff to adequately attend to injuries which in this Case have become a Severe disability and have Caused plaintiff extreme pain and distress.

## V.   RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. plaintiff seeks appointment of Counsel in order to develop your plaintiff's Claims as he is a layman to the law, and unable to gather discovery needed to Corroborate the allegations Contained herein.

2. plaintiff seeks damages Sufficient enough to Cover the Costs of Corrective Surgery. Also, damages for the emotional distress Caused by the defendants, and their negligence in handling the Circumstances Complained of.

3. Any other relief this Honorable Court may deem necessary in the administration of justice, equity, and in good Conscience.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___23___ day of _____July_____ , 20____ .

_____Donald E Clark Jr_____
(Signature of Plaintiff)

4

SMART COMMUNICATIONS
DONALD CLARK MH-9343
SCI- Benner TWP.
PO BOX- B 3028
ST. Petersburg FL.
33733

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 16823    $ 000.50⁰
02 1W
0001403631 JUL. 31. 2020

RECEIVED
SCRANTON

AUG 0 7 2020

PER _____
DEPUTY CLERK

OFFice Of The Clerk

MIDDLE DISTRICT OF Pennsylvania

235- North WASHingTon AVenue

PO BOX 1148

(SCRANTON) PA. 18501 1148